IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY DONALD BILLINGSLEY, <br> AIS # 303088, <br><br> Plaintiff, <br><br> v. <br><br> JEFFERY BALDWIN, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   CIVIL ACT. NO. 2:21-cv-198-ECM <br> )                              (WO) <br> ) <br> ) <br> ) |

**OPINION and ORDER**

On May 6, 2021, the Magistrate Judge entered a Recommendation (doc. 8) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

A separate Final Judgment will be entered.

Done this 26th day of May, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE